No. 98–6746. TAYLOR v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–6747. YOUNGER v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6752. KEE v. PROVIDENT LIFE & ACCIDENT INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 98–6754. SIKORA v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6755. ROCHESTER v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6757. ALVARO C. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–6760. MARTIN v. KEELING, ASSISTANT WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6767. EVANS ET UX. v. FLIPPIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–6768. R. A. D. v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 98–6769. EASON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6771. DUFF v. LEWIS. Sup. Ct. Nev. Certiorari denied.

No. 98–6773. EVANS v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6775. DILLON v. RUSSELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–6778. BERNYS v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.